UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 19-8440 |
| v. | : Hon. Leda Dunn Wettre |
| WILLIAM TEDESCHI, FAROUK LAZIZI, and JUAN ROJAS HERNANDEZ | : **SEALING ORDER** |

Upon the application of the United States of America, by Craig Carpenito, the United States Attorney for the District of New Jersey (Cymetra M. Williams, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrants issued on this date, and for good cause shown,

IT IS on this 24th day of November, 2019,

ORDERED that the Complaint, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest of the defendants, be and hereby are sealed until the arrest of any defendant or until further Order of this Court.

HON. LEDA DUNN WETTRE
United States Magistrate Judge