2019R01290/CMW

**FILED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DEC 0 6 2019

AT 8:30 _____ 4:25 PM
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19- **888 (BLM)** |
| | : | |
| v. | : | 18 U.S.C. § 912 |
| | : | 18 U.S.C. § 2113(a) |
| WILLIAM TEDESCHI | : | 18 U.S.C. § 2 |
| a/k/a "Cherif," | : | |
| FAROUK LAZIZI, and | : | |
| JUAN ROJAS HERNANDEZ | : | |

## INDICTMENT

### COUNT ONE
### (Impersonating a Federal Officer or Employee)

The Grand Jury in and for the District of New Jersey, sitting at

Newark, charges:

On or about September 8, 2019, in Hudson County, in the District

of New Jersey, and elsewhere, the defendant,

**WILLIAM TEDESCHI**

did falsely assume and pretend to be an officer and employee acting under the

United States and any department, agency and officer thereof, that is a Special

Agent of the Federal Bureau of Investigation, and in such assumed and

pretended character did falsely obtain money, paper, documents, and things of

value.

In violation of Title 18, United States Code, Section 912.

**RECEIVED**

DEC 0 9 2019

AT 8:30 _____ M

## COUNT TWO
(Bank Robbery)

On or about November 5, 2019, in Hudson County, in the District of New

Jersey, and elsewhere, the defendants,

**WILLIAM TEDESHI a/k/a "Cherif,"**
**FAROUK LAZIZI, and**
**JUAN ROJAS HERNANDEZ**

did, knowingly, by force and violence, and by intimidation, take and attempt to

take, from the person and presence of another, namely, employees of Financial

Institution A, located in Union, New Jersey, money and property belonging to,

and in the care, custody, control, management, and possession of Financial

Institution A, the deposits of which were then insured by the Federal Deposit

Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

2

## COUNT THREE
(Attempted Bank Robbery)

On or about November 16, 2019, in Essex County, in the District of New

Jersey, and elsewhere, the defendant,

## WILLIAM TEDESCHI

did knowingly, by force and violence, and by intimidation, take and attempt to

take from the person and presence of others, namely, employees of the

Financial Institution B, located in Newark, New Jersey, money and property

belonging to, and in the care, custody, control, management, and possession of

Financial Institution B, the deposits of which were then insured by the Federal

Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

1.      The allegations contained in all paragraphs of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeitures.

2.      As the result of committing the offense of bank robbery in violation of 18 U.S.C. § 2113(a), as charged in Count Two of this Indictment, defendants WILLIAM TEDESCHI, a/k/a "Cherif," FAROUK LAZIZI, and JUAN ROJAS HERNANDEZ shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the said offense, and all property traceable thereto, including, but not limited to, a sum of money equal to $10,200 representing the proceeds of the offense charged in Count Two of this Indictment.

### Substitute Assets Provision

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a)      cannot be located upon the exercise of due diligence;
>
> (b)      has been transferred or sold to, or deposited with, a third person;
>
> (c)      has been placed beyond the jurisdiction of the Court;
>
> (d)      has been substantially diminished in value; or
>
> (e)      has been commingled with other property which cannot be subdivided without difficulty;

4

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as

incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of

the defendant up to the value of the above forfeitable property.

A TRUE BILL

FOREPERSON

_____
CRAIG CARPENITO
United States Attorney

5

CASE NUMBER: 19-CR-888-BRM

# United States District Court
## District of New Jersey

## UNITED STATES OF AMERICA

v.

**WILLIAM TEDESCHI**
a/k/a "Cherif",
**FAROUK LAZIZI, and**
**JUAN ROJAS HERNANDEZ**

## INDICTMENT FOR

18 U.S.C. § 912
18 U.S.C. § 2113(a)
18 U.S.C. § 2

A True Bill.

_____

Foreperson

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*DISTRICT OF NEW JERSEY*

CYMETRA M. WILLIAMS
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2828*