UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon.
:
v. :
: Crim. No. 19- 888 (BRM)
WILLIAM TEDESCHI :
a/k/a "Cherif," : **Fed. R. Crim. P. 12.4 Disclosure**
FAROUK LAZIZI, and : **Statement**
JUAN ROJAS HERNANDEZ

Pursuant to Fed. R. Crim. P. 12.4, the United States Attorney for the District of New Jersey files this disclosure statement based upon the information currently available to this Office regarding the organizational victims of the criminal activity alleged in the above-reference matter. This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose. The United States reserves its right to amend or supplement this statement to the extent this Office receives additional relevant information.

| Name of Organizational Victim: | Valley National Bancorp |
|---|---|
| Parent Corporation: | n/a |
| Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock: | n/a |
| Name of Organizational Victim: | Bank of America |
| Parent Corporation: | n/a |
| Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock: | n/a |

Respectfully submitted,

CRAIG CARPENITO
United States Attorney

                                                  <u>s/Cymetra M. Williams</u>
                                                  By: CYMETRA M. WILLIAMS
                                                  Assistant U.S. Attorney

DATE: December 6, 2019