# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERESY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Mag No. 19-888 (BRM) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JUAN ROJAS HERNANDEZ | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendant. | : | |
| | : | |

**PLEASE TAKE NOTICE** that Howard B. Brownstein, Esq., of the law firm of BROWNSTEIN & ASSOCIATES, P.C., hereby enters an appearance as appointed lead counsel, on behalf of defendant Juan Rojas Hernandez in the above captioned action.

    Respectfully submitted,
    BROWNSTEIN & ASSOCIATES, P.C.
    Attorneys for Wilfredo R. Escobar

    /s/Howard B. Brownstein_____
    HOWARD B. BROWNSTEIN, ESQ.
    BROWNSTEIN & ASSOCIATES, P.C.
    512 42nd Street
    Union City, New Jersey 07087
    (201) 866-4949
    hbb@bba-law.com

Dated: February 24, 2020