# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>JUAN ROJAS HERNANDEZ<br>*Defendant* | MAGISTRATE JUDGE: James B. Clark, III<br>CASE NO.: 2:19-CR-888-BRM-3<br>DATE OF PROCEEDINGS: 2/21/2020<br><br>DATE OF ARREST: 2/21/2020 |

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [ ] AFPD [x] CJA
- [x] WAIVER OF HRG: [x] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.     DATE: _____
- [ ] DETENTION/BAIL HRG.            DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY     DATE: _____
- [ ] SENTENCING                     DATE: _____
- [ ] OTHER: _____                  DATE: _____

**APPEARANCES:**

AUSA: Cymetra Williams

DEFT. COUNSEL: Howard Brownstein, CJA

PROBATION: _____

INTERPRETER: Irene Caramuta
Language: _____

TIME COMMENCED: 1:58 p.m.
TIME TERMINATED: 2:07 p.m.
CD NO: Ecr

Stephen Bond
DEPUTY CLERK