# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                                 Date:     03/06/2020
Court Reporter:   Meghan McKay Soule                         Docket No: 2:19-888

Title of the Case:

UNITED STATES OF AMERICA
v                                                              \
JUAN ROJAS HERNANDEZ

Appearances:

Cymetra Williams, AUSA
Howard Brownstein, Attorney for Defendant

Nature of Proceedings: **ARRAIGNMENT**

Spanish Interpreter, Lilia Thomas (stand-by only)
Defendant present
PLEA: NOT GUILTY to Counts 2
Continuance Order fld.
Scheduling Order fld.
Ordered Defendant remanded

*Lissette Rodriguez*
Lissette Rodriguez, Courtroom Deputy
to the Honorable Brian R. Martinotti, U.S.D.J.

Commenced: 11:00 am
Concluded:   11:15 am