UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-888 (BRM) |
| v. | SCHEDULING ORDER |
| JUAN ROJAS HERNANDEZ | |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Cymetra M. Williams, Assistant U.S. Attorney, appearing); and Defendant Juan Rojas Hernandez being represented by Howard Brownstein, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this _6th_ day of March, 2020, ORDERED that:

1.     The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before January 30, 2020.

2.     The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before March 27, 2020.  Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3.     If there is more than one defendant named in the indictment, and if the Government intends to introduce into evidence in its case-in-chief a confession made to law enforcement authorities by one defendant that names or makes mention of a co-defendant, a copy of that statement or confession shall be disclosed by the Government on or before January 30, 2020.   The Government shall provide a proposed redaction to that statement to conform with the requirements of *Bruton v. United States*, 391 U.S. 123 (1968) and its progeny, on or before March 27, 2020.

4.     The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before April 2, 2020.

5.     The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before April 2, 2020.

6.     The following shall be the schedule for pretrial motions in this matter:

a)   The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before April 16, 2020;

b)   The Government shall file any response to the Defendant's pretrial motions on or before April 30, 2020;

c)   The Defendant shall file any reply on or before May 7, 2020;

d)   Oral argument on pretrial motions shall be held on a date set by the Court.

Honorable Brian R. Martinotti
United States District Judge