UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| | : | |
| v. | : | Crim. No. 19-888 (BRM) |
| | : | |
| WILLIAM TEDESCHI | : | NOTICE OF APPEARANCE |
| a/k/a "Cherif," | : | |
| FAROUK LAZIZI, and | : | |
| JUAN ROJAS HERNANDEZ | : | |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by VIJAY DEWAN (vijay.dewan@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

CRAIG CARPENITO
United States Attorney


/s/ Vijay Dewan
By: VIJAY DEWAN
Assistant U.S. Attorney

Dated:   October 15, 2020