# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**v.** )<br>)<br>**JUAN ROJAS HERNANDEZ,** )<br>)<br>    **Defendant.** )<br>) | C**RIMINAL NO. 19-888** |

## APPLICATION FOR MODIFICATION OF BAIL CONDITIONS

COMES NOW the defendant, Juan Rojas Hernandez, by and through his undersigned counsel, Howard Brownstein, Esq., and with no objection from Vijay Dewen, Assistant U.S. Attorney for the District of New Jersey, and no objection from Vincent Imbrosciano, U.S. Pretrial Services Officer, District of New Jersey, states as follows:

1.	Defendant, Juan Rojas Hernandez was arrested on November 5, 2019 on a criminal complaint.  The Government moved to detain Mr. Rojas Hernandez on February 21, 2020 a formal detention hearing took place before United States Magistrate Judge James B. Clark, III.

2.	On December 22, 2020, based on a Consent Order executed by Chief Magistrate Judge Mark Falk, the Defendant was released on a $100,000.00 unsecured appearance bond, under home confinement and subject to location monitoring and ankle bracelet, under the supervision of the U.S. Pretrial Services in the District of New Jersey.

3.	The defendant has been offered employment.

4.	With consent from all the parties, the defendant's location monitoring condition shall be modified to allow employment as directed by Pretrial Services. Any employment secured shall be stationary and verifiable.

5.       All other conditions remain in full effect.

>Respectfully Submitted,
>BROWNSTEIN & ASSOCIATES, P.C.
>
>By: /s/Howard B. Brownstein
>HOWARD B. BROWNSTEIN

Dated: February 18, 2021

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **ORDER** |
| v. | ) |
| | ) CR. NO.: 19-888 |
| **JUAN ROJAS HERNANDEZ,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS CASE came before the Court on an application to modify conditions of bail, allowing the defendant, Juan Rojas Hernandez, to accept employment. The Court having reviewed the pertinent information and being duly advised, it is hereby,

ORDERED and ADJUDGED that the defendant's application to modify conditions of bail is hereby _____; and it is further

ORDERED and ADJUDGED that the defendant's monitoring conditions shall be modified to allow employment as directed by Pretrial Services. Any employment secured shall be stationary and verifiable; and.

IT IS further ORDERED that all other conditions of bail shall remain the same.

DONE AND ORDERED in Chambers at the United States District Courthouse in the District of New Jersey, this _____ day of February 2021.

_____
Hon. Brian R. Martinotti, U.S.D.J.
District of New Jersey