UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER |
| v. ) | |
| ) | CR. NO.: 19-888 |
| JUAN ROJAS HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CASE came before the Court on an application to modify conditions of bail, allowing the defendant, Juan Rojas Hernandez, to accept employment. The Court having reviewed the pertinent information and being duly advised, it is hereby,

ORDERED and ADJUDGED that the defendant's application to modify conditions of bail is hereby __GRANTED__; and it is further

ORDERED and ADJUDGED that the defendant's monitoring conditions shall be modified to allow employment as directed by Pretrial Services. Any employment secured shall be stationary and verifiable; and.

IT IS further ORDERED that all other conditions of bail shall remain the same.

DONE AND ORDERED in Chambers at the United States District Courthouse in the District of New Jersey, this __19th__ day of February 2021.

_____
Hon. Brian R. Martinotti, U.S.D.J.
District of New Jersey