UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) ORDER |
| v. | ) |
| | ) CR. NO.: 19-888 |
| JUAN ROJAS HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS CASE came before the Court on an application to modify conditions of bail, allowing the defendant, Juan Rojas Hernandez, to change residence. The Court having reviewed the pertinent information and being duly advised, it is hereby,

ORDERED and ADJUDGED that the application to modify conditions of bail, allowing the defendant to change address/move to 12 Delmar Road, Jersey City, New Jersey with his girlfried Maria Rodriguez is hereby __granted__; and it is further

ORDERED and ADJUDGED that defendant will be monitored by U.S. Pre-trial Services, District of New Jersey; and.

IT IS further ORDERED that all other conditions of bail shall remain the same.

DONE AND ORDERED in Chambers at the United States District Courthouse in the District of New Jersey, this 24 day of March 2021.

_[signature]_