# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

Judge:   BRIAN R. MARTINOTTI　　　　　　　　　　Date:   04/22/2021
Court Reporter:   Megan McKay Soule　　　　　　　Docket No: 2:19-cr-888

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　\
JUAN ROJAS HERNANDEZ

<u>Appearances:</u>

Vijay Dewan, AUSA
Howard Brownstein, Attorney for Defendant

<u>Nature of Proceedings:</u>   **Change of Plea/Via Zoom**

Defendant present & sworn
Covid Order fld.
Deft. retracts plea of Not Guilty and Pled Guilty to Count 1 of Indictment
Rule 11 fld.
Plea Agreement fld.
Ordered Sentence date for 08/26/21 @ 11:00 a.m.
Ordered Bail Continued

　　　　　　　　　　　　　　　　　　　　　　Lissette Rodriguez, Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　to the Hon. Brian R. Martinotti

Commenced: 11:00 am
Concluded:   11:20 am