# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES <br> v. <br> JUAN ROJAS HERNANDEZ | CRIM. NO. 19-CR-888 (BRM) |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

1. To ensure that Court is not overwhelmed by proceedings at the conclusion of this emergency; 2. To permit defendant to obtain a speedy resolution of his case; 3. To permit Government to focus limited resources on other criminal matters; 4. To prevent overcrowding at facilities housing pre-trial detainees.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

Date:    April 22, 2021

_____
Honorable Brian R. Martinotti
United States District Judge