UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CRIMINAL NO. 19-888 |
| v.                                                  ) | |
| JUAN ROJAS HERNANDEZ,           ) | |
| Defendant.                                  ) | |

## MODIFICATION OF BAIL CONDITIONS

COMES NOW the defendant, Juan Rojas Hernandez, by and through his undersigned counsel, Howard Brownstein, Esq., and with no objection from Vijay Dewen, Assistant U.S. Attorney for the District of New Jersey, and no objection from Vincent Imbrosciano, U.S. Pretrial Services Officer, District of New Jersey, states as follows:

1. Defendant, Juan Rojas Hernandez was arrested on November 5, 2019 on a criminal complaint. The Government moved to detain Mr. Rojas Hernandez on February 21, 2020 a formal detention hearing took place before United States Magistrate Judge James B. Clark, III.

2. On December 22, 2020, based on a Consent Order executed by Chief Magistrate Judge Mark Falk, the Defendant was released on a $100,000.00 unsecured appearance bond, under home confinement and subject to location monitoring and ankle bracelet.

3. On April 22, 2021, the defendant entered a guilty plea with the Court.

4. With no objection from all parties, the defendant, Jose Rojas Hernandez, respectfully requests the conditions of bail be modified, allowing him to spend time outside the home with his daughter, Jaylen Rodriguez, on Sundays, from 12:00 pm to 5:00 pm, under

supervision from U.S. Pre-Trial Services, District of New Jersey. Location to be verifyable and monitored by Pre-Trial Services.

     5.     All other conditions of bail shall remain the same.

                    Respectfully Submitted,
                    BROWNSTEIN & ASSOCIATES, P.C.

                    By: /s/Howard B. Brownstein
                    HOWARD B. BROWNSTEIN

Dated: May 11, 2021

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | CR. NO.: 19-888 |
| **JUAN ROJAS HERNANDEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

    THIS CASE came before the Court on an application to modify conditions of bail, with no objection from Vijay Dewen, Assistant U.S. Attorney, and Vincent Imbrosciano, U.S. Pre-Trial Services Officer, District of New Jersey, allowing the defendant, Juan Rojas Hernandez, outdoors visitation with his daughter. The Court having reviewed the pertinent information and being duly advised, it is hereby,

    ORDERED and ADJUDGED that the application to modify conditions of bail, allowing the defendant to visit with his daughter outside the home from 12:00 pm to 5:00 pm is hereby _____; and it is further

    ORDERED and ADJUDGED that defendant will be monitored by U.S. Pre-trial Services, District of New Jersey; and

    IT IS further ORDERED that all other conditions of bail shall remain the same.

DONE AND ORDERED in Chambers at the United States District Courthouse in the District of New Jersey, this _____ day of May 2021.

_____