# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | CR. NO.: 19-888 |
| **JUAN ROJAS HERNANDEZ,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CASE came before the Court on an application to modify conditions of bail, with no objection from Vijay Dewen, Assistant U.S. Attorney, and Vincent Imbrosciano, U.S. Pre-Trial Services Officer, District of New Jersey, allowing the defendant, Juan Rojas Hernandez, outdoors visitation with his daughter. The Court having reviewed the pertinent information and being duly advised, it is hereby,

ORDERED and ADJUDGED that the application to modify conditions of bail, allowing the defendant to visit with his daughter outside the home from 12:00 pm to 5:00 pm is hereby granted; and it is further

ORDERED and ADJUDGED that defendant will be monitored by U.S. Pre-trial Services, District of New Jersey; and

IT IS further ORDERED that all other conditions of bail shall remain the same.

DONE AND ORDERED in Chambers at the United States District Courthouse in the District of New Jersey, this 12th day of May 2021.

_____
BRIAN R. MARTINOTTI, USDJ