UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| v. | : | Crim. No. 19-888 (BRM) |
| WILLIAM TEDESCHI, et al | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey, by Anthony Torntore (anthony.torntore@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

RACHAEL A. HONIG
Acting United States Attorney

By:  ANTHONY TORNTORE
Assistant U.S. Attorney

Dated:   December 13, 2021