# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | CR. NO.: 19-888 |
| **JUAN ROJAS HERNANDEZ,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CASE came before the Court on an application to modify conditions of bail, allowing the defendant, Juan Rojas Hernandez, to accept employment. The Court having reviewed the pertinent information and being duly advised, it is hereby,

ORDERED and ADJUDGED that the application to modify conditions of bail, permitting the defendant to accept employment and work outside the home is hereby __GRANTED__; and it is further

ORDERED and ADJUDGED that defendant will be monitored by U.S. Pre-trial Services, District of New Jersey; and.

IT IS further ORDERED that all other conditions of bail shall remain the same.

DONE AND ORDERED in Chambers at the United States District Courthouse in the District of New Jersey, this __10TH__ day of May 2022.

_____
BRIAN R. MARTINOTTI, USDJ