UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER |
| v. ) | |
| ) | CR. NO.: 19-888 |
| JUAN ROJAS HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CASE came before the Court on an application to modify conditions of bail, allowing the defendant, Juan Rojas Hernandez, to travel to Connecticut under emergent circumstances. The Court having reviewed the pertinent information and being duly advised, it is hereby,

ORDERED and ADJUDGED that the application to modify conditions of bail, permitting the defendant to travel out of state to Connecticut under emergent circumstances is hereby granted; and it is further

ORDERED and ADJUDGED that defendant will be monitored by U.S. Pre-trial Services, District of New Jersey; and.

IT IS further ORDERED that all other conditions of bail shall remain the same; and it is further

**ORDERED and ADJUDGED defendant shall be required to return to New Jersey within 24 hours at the discretion and direction of the pre-trial officer.**

DONE AND ORDERED in Chambers at the United States District Courthouse in the District of New Jersey, this 16th day of December 2022.

_____
BRIAN R. MARTINOTTI, USDJ