# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Criminal No.: 19-CR-00888 |
| v. | : |
| | : **SENTENCING SUBMISSION NOTICE** |
| | : **OF DEFENDANT** |
| JUAN ROJAS HERNANDEZ | : |
| Defendant. | : |

Please be advised that, on this date, defendant JUAN ROJAS HERNANDEZ, submitted sentencing materials to the Court in this case.

      Respectfully Submitted,
      BROWNSTEIN & ASSOCIATES, P.C.

      */s/Howard Brownstein*
      Howard B. Brownstein, Esq.
      (201) 866-4949
      hbb@bba-law.com

Date: April 14, 2023