# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

Judge:   BRIAN R. MARTINOTTI                           Date:   04/26/2022
Court Reporter:   Tammera Witte                        Docket No: 2:19-888-BRM-3

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
JUAN ROJAS HERNANDEZ

<u>Appearances:</u>

Emma Spiro & Anthony Tortone, AUSA
Howard Brownstein & Mary F. Khellah, Attorneys for Deft
Joseph DaGrossa, Ph.D., MA, USPO

<u>Nature of Proceedings:</u>

Defendant present & sworn
Video Conferencing Order fld.
SENTENCE: TIME SERVED
SUPERVISED RELEASE: 3 Years
Special Assessment: $100 (due immediately)
Special Conditions:
- No New Debt
- Financial Disclosure
- Alcohol/Drug Treatment
- Like Skills/Education

Fine:  WAIVED
Restitution:   $10,200
Defendant was advised of his right to appeal.
Ordered Bail continued

                                            Lissette Rodriguez, Courtroom Deputy
                                            to the Hon. Brian R. Martinotti

Commenced: 10:00 am
Concluded:   10:30 am