PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Juan Rojas Hernandez

Cr.: 19-OO888-003
PACTS #: 6684193

Name of Sentencing Judicial Officer:   THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/26/2023

Original Offense:   Count Two: Bank Robbery 18 U.S.C. § 2113(a) and (2) - a Class C Felony

Original Sentence: 411 Days imprisonment, 3 years supervised release

Special Conditions: Drug Treatment, Substance Abuse Testing, Alcohol Restrictions, Financial Disclosure, Life Skills Counseling, No New Debt/Credit, Special Assessment, Restitution - Money, Alcohol Treatment, Education/Training Requirements

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/26/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On July 31, 2023, Mr. Rojas-Hernandez was issued multiple motor vehicle summons by the Bayonne, New Jersey Police Department. According to reports, Mr. Rojas-Hernandez lost control of his girlfriend's vehicle and struck three unoccupied vehicles. Mr. Rojas-Hernandez suffered minor injuries and was treated at the hospital. This matter is pending in Bayonne Municipal Court. |

U.S. Probation Officer Action:

Mr. Rojas-Hernandez was admonished for his actions.  Mr. Rojas-Hernandez claims that he did not intend to strike the vehicles and lost control of the steering wheel. Mr. Rojas-Hernandez is aware that he is not allowed to operate a motor vehicle without a valid driver's license. We will continue to monitor the outcome of this mater and update the court accordingly.

Prob 12A – page 2
Juan Rojas Hernandez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   RICHARD J. PASTRANA
U.S. Probation Officer

/ rjp

APPROVED:

_____   08/01/2023
KEVIN M. VILLA              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

**☒** No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
8/1/2023
Date