PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Juan Rojas Hernandez     Cr.: 19-00888-003
PACTS #: 6684193

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/26/2023

Original Offense:    Count Two: Bank Robbery 18 U.S.C. § 2113(a) and (2) - a Class C Felony

Original Sentence: 411 Days imprisonment, 3 years supervised release

Special Conditions: Drug Treatment, Substance Abuse Testing, Alcohol Restrictions, Financial Disclosure, Life Skills Counseling, No New Debt/Credit, Special Assessment, Restitution - Money, Alcohol Treatment, Education/Training Requirements

Type of Supervision: Supervised Release        Date Supervision Commenced: 04/26/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Rojas-Hernandez has not made payments towards his special assessment balance since commencing supervision. |

U.S. Probation Officer Action:

Mr. Rojas-Hernandez was verbally reprimanded for his actions. Mr. Rojas-Hernandez advised that he will begin to make payments towards the special assessment balance. Our office will continue to monitor Mr. Rojas-Hernandez's compliance closely and notify your honor should any additional instances of non-compliance arise.

Prob 12A – page 2
Juan Rojas Hernandez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   RICHARD J. PASTRANA
U.S. Probation Officer

/ rjp

APPROVED:

KEVIN M. VILLA                    08/08/2023
Supervising U.S. Probation Officer        Date

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

August 14, 2023
Date